No. 12–6724. MOHAMMED v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 12–6731. SEBASTIAN v. MACLAREN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6732. CRAIG v. GROUNDS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6746. WOODALL v. NEOTTI, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6756. CALLOWAY v. SANDOR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6757. MAXWELL v. CAPOZZA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6758. BOURG v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–6762. TERRY v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6765. WILDER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 12–6766. ANDERSON v. OLDHAM, SHERIFF, SHELBY COUNTY, TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 12–6767. ARMSTRONG v. BENITO. C. A. 9th Cir. Certiorari denied.

No. 12–6769. ALLEN v. ZAVARAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–6770. BOWMAN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–6771. PRINCE, AKA BURNIE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 12–6773. FRASER ET UX. v. GMAC MORTGAGE ET AL. Sup. Ct. N. J. Certiorari denied.